# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3517
Lower Tribunal No. 2021-CP-641

_____

JASON DAVID SHEEDY,

Appellant,

v.

ANDREW SHEEDY, as Personal Representative of the ESTATE OF EMMETT JOSEPH SHEEDY, deceased,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Michael Murphy, Judge.

December 23, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNAIK and GANNAM, JJ., concur.


Jason David Sheedy, Richmond, Texas, pro se.

Tyler Van Voorhees, of Walton Lantaff Schroeder & Carson, LLP, Miami, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED